KEVIN HAHN, #9821
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:   (949) 252-1032
kevin@mclaw.org

608 South 8th Street
Las Vegas, NV 89101
Telephone: (800) 741-8806

Counsel for FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cesar Guerrero-Madrid,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; INDYMAC BANK, F.S.B.,<br><br>    Defendants. | Federal Case No.:<br><br>State Case No.: A-13-676922-C<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**PLEASE TAKE NOTICE** that the Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac" or "Defendant"), through its undersigned counsel of record submits the following Certificate as to Interested Parties:

Defendant is unaware of any known interested parties other than those participating in the above-captioned action.

Dated: March 14, 2013                         MALCOLM ♦ CISNEROS
                                              A Law Corporation


                                              By:__*/s/ Kevin Hahn*_____
                                              KEVIN HAHN
                                              Counsel for FEDERAL HOME LOAN
                                              MORTGAGE CORPORATION

---

1
CERTIFICATE OF INTERESTED PARTIES