CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
7795 West Sahara Avenue Suite 101
Las Vegas, NV 89117
craig@craigperry.com
Telephone (702) 228-4777
Fax: (702) 943-7520

Attorney for Plaintiff
CESAR GUERRERO-MADRID

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CESAR GUERRERO-MADRID | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:13-cv-00432-APG-GWF |
| | ) | |
| vs. | ) | |
| | ) | |
| FEDERAL HOME LOAN MORTGAGE | ) | |
| CORP. and INDYMAC BANK, F.S.B. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective April 1, 2014, the Offices of CRAIG K. PERRY & ASSOCIATES will be relocating to 8010 West Sahara Avenue, Suite 260 Las Vegas, NV 89117, the telephone number will remain (702) 228-4777, and fax number will remain (702) 943-7520.

///

///

///

///

Please direct all future correspondences to our new address.

Dated this 31st day of March, 2014.

CRAIG K. PERRY & ASSOCIATES

_____
CRAIG K. PERRY, Esq.
Bar No.: 3786
7795 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Telephone (702) 228-4777
Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(a), and EDCR 7.26(a), I hereby certify that I am an employee Craig K. Perry & Associates, and on the 3rd day of April 2014, a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served on the following by mailing a copy thereof, first class mail, postage prepaid, to the following:

Dana Johnathan Nitz, Esq.
dnitz@wrightlegal.net
R. Samuel Ehlers, Esq.
sehlers@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
5532 South Fort Apache Road, Suite 110
Las Vegas, Nevada 89148
Attorneys for Federal Home Loan Mortgage

_____
An Employee of Craig K. Perry & Associates