Craig K. Perry, Esq.
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
8010 West Sahara Avenue, Suite 260
Las Vegas, NV 89117
craig@craigperry.com
Telephone (702) 228-4777
Fax: (702) 943-7520
Attorney for Plaintiff
*CESAR GUERRERO-MADRID*

R. Samuel Ehlers, Esq.
WRIGHT, FINLAY & ZAK, LLP
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
sehlers@wrightlegal.net
Telephone (702) 475-7978
Fax (702) 946-1345
Attorney for Defendants
*FEDERAL HOME LOAN MORTGAGE CORP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR GUERRERO-MADRID )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>FEDERAL HOME LOAN MORTGAGE )<br>CORP. and INDYMAC BANK, F.S.B., )<br>ONEWEST BANK F.S.B., )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:13-cv-00432-RFB-GWF<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXTED TIME FOR<br>PLAINTIFF TO FILE AN AMENDED/<br>CORRECTED COMPLAINT<br><br>Hon. *Richard F. Boulware,II* |

Plaintiff CESAR GUERRERO-MADRID, by and through his attorneys CRAIG K.

PERRY, Esq., of CRAIG K. PERRY & ASSOCIATES, and Defendants FEDERAL HOME

LOAN MORTGAGE CORP and INDYMAC BANK, F.S.B., ONEWEST BANK F.S.B., by and

through their attorneys R. SAMUEL EHLERS, Esq., of WRIGHT, FINLAY & ZAK, LLP., pursuant to Local Rules 6-1 and 7-1, hereby stipulate as follows:

1. On January 17, 2014, Plaintiff filed his Motion to Amend/Correct Complaint.

2. On February 3, 2014, defendant filed its Reply to Response to Motion.

3. On March 26, 2015, the court granted Plaintiff's Motion to Amend/Correct Complaint and further Ordered that the Amended/Corrected Complaint be filed within 30 days or by April 25, 2015. (DKt. 46).

4. The parties have been engaging in meaningful in settlement discussions, likely to lead to a resolution of this case.

5. Plaintiff seeks additional time to file the Amended/Corrected Complaint up to and including May 11, 2015, in order for the parties to attempt to resolve the instant matter.

6. This is Plaintiff's, first request for the extension of time to file the amended/corrected Complaint.

7. Consequently, Plaintiff Cesar Guerrero-Madrid and Defendants Federal Home Loan Mortgage Corp and Indymac Bank, F.S.B., Onewest Bank F.S.B., hereby stipulate, and request that this Honorable Court enter an Order that Plaintiff shall have until May 11, 2015, to file his amended/corrected complaint.

DATED this 22nd day of April, 2015.        CRAIG K. PERRY & ASSOCIATES

*/s/ Craig K. Perry, Esq.*
_____
CRAIG K. PERRY, Esq.
State Bar No. 3786
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
craig@craigperry.com
Telephone (702) 228-4777
Fax (702) 943-7520
Attorney for Plaintiff

-2-

STIPULATION OF EXTENSION OF TIME                    Case No 2:13-cv-00432-APG

Dated this 22nd day of April, 2015.   WRIGHT, FINLAY & ZAK, LLP

*/s/ R. Samuel Ehlers, Esq.*

_____
R. Samuel Ehlers, Esq.
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
sehlers@wrightlegal.net
Telephone (702) 475-7978
Fax (702) 946-1345
Attorney for Defendants
*FEDERAL HOME LOAN MORTGAGE CORP*

Pursuant to Stipulation, IT IS SO ORDERED

Dated: April 24, 2015.            By: _____
                                      Hon. Richard F. Boulware, II
                                      United States District Court Judge

STIPULATION OF EXTENSION OF TIME                    Case No 2:13-cv-00432-APG