Craig K. Perry (Nev. Bar No. 03786)
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
cperry@craigperry.com
*Attorneys for Plaintiff*
*CESAR GUERRERO-MADRID*

R. Samuel Ehlers, Esq.
WRIGHT, FINLAY & ZAK, LLP
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
sehlers@wrightlegal.net
Telephone (702) 475-7978
Fax (702) 946-1345
Attorney for Defendants
*FEDERAL HOME LOAN MORTGAGE CORP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CESAR GUERRERO-MADRID<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORP AND INDYMAC BANK, F.S.B., ONEWEST BANK F.S.B.,<br><br>Defendants. | No. 2:13-cv-00432-RFB-GWF<br><br>**JOINT STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff Cesar Guerrero-Madrid ("Plaintiff"), and Defendants FEDERAL HOME LOAN MORTGAGE CORP and INDYMACK BANK, F.S.B., ONEWEST BANK, F.S.B., ("Defendants"), through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),

Stipulation of Dismissal
2:13-cv-00432-RFB-GWF

this entire action shall be, and is, dismissed WITH PREJUDICE as to all claims asserted by Plaintiff against Defendant.

Each party to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: July 10, 2015    CRAIG K. PERRY & ASSOCIATES

By: /s/ *Craig K. Perry, Esq.*
Craig K. Perry

*Attorneys for Plaintiff*
*Cesar Guerrero-Madrid*

Dated: July 10, 2015    WRIGHT, FINLAY & ZAK, LLP

By:/s/ *Samuel R. Ehlers, Esq.*
R. Samuel Ehlers, Esq.

Attorney for Defendants
FEDERAL HOME LOAN MORTGAGE CORP and INDYMACK BANK, F.S.B., ONEWEST BANK, F.S.B.,

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: July 13, 2015    By: _____
*Hon. Richard F. Boulware, II*
*U.S. District Court Judge*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 10 , 2015, I caused the foregoing *Joint Stipulation for Dismissal* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all counsel of record.

R. Samuel Ehlers, Esq.
WRIGHT, FINLAY & ZAK, LLP
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
sehlers@wrightlegal.net
Attorney for Defendants
*FEDERAL HOME LOAN MORTGAGE CORP*

Dated July 6, 2015.

/s/ *Craig K. Perry*